1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  MARCOS D. SASSO (State Bar No. 228905)
   RAYMOND A. GARCIA (State Bar No. 279884)
3  2029 Century Park East
   Los Angeles, California  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  *lacalendar@stroock.com*

6  Attorneys for Defendant
     CITIBANK, N.A.
7

8
# UNITED STATES DISTRICT COURT
9
# CENTRAL DISTRICT OF CALIFORNIA
10

11

12  KARIN GENTRY,                              ) Case No. 8:14-cv-01533
                                               )
13              Plaintiff,                     )
                                               ) **STIPULATION TO STAY ACTION**
14         vs.                                 ) **AGAINST CITIBANK, N.A.**
                                               ) **PENDING COMPLETION OF**
15                                             ) **ARBITRATION**
    CITIBANK, N.A., EQUIFAX                    )
16  INFORMATION SERVICES, LLC,                 )
    TRANSUNION LLC, EXPERIAN                   )
17  INFORMATION SOLUTIONS, INC.,               )
    and DOES 1 - 10,                           )
18                                             )
19              Defendants.                    )
                                               )
20                                             )
                                               )
21                                             )

22

23

24

25

26

27

28

LA 51814680

# **STIPULATION**

WHEREAS, on or about November 26, 2014, plaintiff Karin Gentry ("Plaintiff") submitted a demand for arbitration before JAMS, seeking to arbitrate all claims against Citibank, N.A. in this action, pursuant to the parties' binding arbitration agreement.

WHEREAS, the parties, through their respective counsel of record, hereby stipulate that this action shall be stayed as against Citibank, N.A., pursuant to Section 3 of the Federal Arbitration Act, pending resolution of the arbitration.

IT IS SO STIPULATED.

Dated: December 3, 2014     SAMUEL HENDERSON.


By:     *s/ Samuel Henderson*
             Samuel Henderson

Attorneys for Plaintiff
KARIN GENTRY

Dated: December 3, 2014     STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
RAYMOND A. GARCIA


By:     *s/ Marcos D. Sasso*
             Marcos D. Sasso

Attorneys for Defendant
CITIBANK, N.A.

- 1 -

LA 51814680

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 3, 2014, a copy of **STIPULATION TO STAY ACTION AGAINST CITIBANK, N.A. PENDING COMPLETION OF ARBITRATION** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*s/ Marcos D. Sasso*
Marcos D. Sasso

LA 51814680